IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>WILLIAM M. MALONE,<br><br>          Defendant. | 4:08CR3148<br><br>**ORDER** |

Based on the evidence before the court, the defendant has violated the terms of his supervised release and needs drug treatment. After considering available options,

IT IS ORDERED that the defendant's motion (Filing No. 527) is granted, and the defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for January 20, 2015 at 1:00 p.m., in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, before Judge Richard G. Kopf.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. The defendant shall fully participate in and comply with the terms of the drug treatment program recommended by his supervising officer.

   b. The defendant will be placed at Bristol Station under the community corrections component of the Bureau of Prisons. If the defendant is discharged from that facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

  c. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

  d. This order does not moot the pending petition for an offender under supervision.

December 15, 2014.

           BY THE COURT:

           *s/ Richard G. Kopf*
           Senior United States District Judge